UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKOU KWANE THOMPSON,<br><br>                    Petitioner,<br><br>                       v.<br><br>LOUIS MARTINEZ, Warden,<br><br>                    Respondent. | Case No. 2:23-02959 KK (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Petitioner's Motion for Stay and Abeyance pursuant to Rhines v. Weber, 544 U.S. 269 (Dkt. No. 3), Respondent's Combined Opposition to Motion for Stay and Abeyance and Motion to Dismiss the Petition (Dkt. No. 10), Petitioner responses (Dkt. Nos. 12, 13), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 18), Petitioner's Objections to Report and Recommendation (Dkt. No. 19), and all the records and files herein. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to

1 | which objections were made. The Court overrules the objections and accepts the
2 | findings and recommendations of the Magistrate Judge.
3 |      Accordingly, IT IS HEREBY ORDERED:
4 |      1. The Report and Recommendation is accepted (Dkt. No. 18);
5 |      2. The Motion for Stay and Abeyance is denied (Dkt. No. 3);
6 |      3. The Petition is denied and this action is dismissed with prejudice (Dkt. No. 1);
7 |      4. The Certificate of Appealability is denied; and
8 |      5. Judgment is to be entered accordingly.

DATED: January 25, 2024

_____
THE HONORABLE KENLY KIYA KATO
United States District Judge