JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKOU KWANE THOMPSON,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>LOUIS MARTINEZ, Warden,<br><br>　　　　　　Respondent. | Case No. 2:23-02959 KK (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: January 25, 2024

_____
THE HONORABLE KENLY KIYA KATO
United States District Judge